Name and address
BYRON CHAPMAN, IN PRO PER
1010 Monique Way
Dixon, CA 95620
Tel: (707) 678-2323

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Byron Chapman, an individual

Plaintiff(s)

v.

J&W Hotel, Inc., et al.

Defendant(s).

CASE NUMBER

CV-12-2004-JFW (VBKx)

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Byron Chapman ☑ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Thomas E. Frankovich
*New Attorney*

as attorney of record in place and stead of Byron Chapman, In Pro Per
*Present Attorney*

Dated 4-20-12

*Signature of Party/Authorized Representative of Party* [signed: Byron Chapman]

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 4-20-12

*Signature of Present Attorney* [signed: Byron Chapman]

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 5/30/12

*Signature of New Attorney* [signed]

#074414
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY