# ATTACHMENT

Name and address
BYRON CHAPMAN, IN PRO PER
1010 Monique Way
Dixon, CA 95620
Tel: (707) 678-2323

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Byron Chapman, an individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-12-2004-JFW (VBKx) |
| v. | |
| J&W Hotel, Inc., et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Byron Chapman                        ☑ Plaintiff  ☐ Defendant  ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of Thomas E. Frankovich
                                                      _New Attorney_
as attorney of record in place and stead of Byron Chapman, In Pro Per
                                             _Present Attorney_

Dated 4-20-12                        _[signature]_ Byron Chapman
                                     Signature of Party/Authorized Representative of Party

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 4-20-12                        _[signature]_ Byron Chapman
                                     Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 5/30/12                        _[signature]_
                                     Signature of New Attorney
                                     #074414
                                     State Bar Number

If party requesting to appear Pro Se:

Dated _____         _____
                                     Signature of Requesting Party

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY