THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
THOMAS E. FRANKOVICH (State Bar No. 074414)
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorney for Plaintiff BYRON CHAPMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>J&W HOTEL, INC., a California Corporation dba BEST WESTERN LA POSADA MOTEL,<br><br>　　　Defendant. | CASE NO. CV-12-2004-JFW (VBKx)<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR ALLOWING SUBSTITUTION OF ATTORNEY** |

Plaintiff BYRON CHAPMAN, by and through his undersigned attorney, submits this Memorandum of Points and Authorities in Support of his Request for Allowing Substitution of Attorney.

## INTRODUCTION

Plaintiff BYRON CHAPMAN filed as *in pro per*, a civil rights action for discrimination against persons with physical disabilities for failure to remove architectural barriers structural in nature at defendant's Best Western La Posada Motel located at 827 W. Ventura Street, Fillmore, California 93015.

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR ALLOWING SUBSTITUTION OF ATTORNEY                    CASE NO. CV-12-2004-JFW (VBKx)

1

Plaintiff BYRON CHAPMAN is requesting that Attorney, Thomas E. Frankovich, be substituted into this litigation.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**   Pursuant to California Civil Code and Procedure 284, the attorney in an action or special proceeding may be changed at any time before or after judgment or final determination, as follows:

Upon the consent of both client and attorney, filed with the clerk, or entered upon the minutes; and

Upon the order of the court, upon the application of either client or attorney, after notice from one to the other.

**II.**   Pursuant to Local Rule 83-2.9.2 and Local Rule 83-2.9.2.2, Substitution of Attorney, when an attorney of record for any reason ceases to act for a party, such party shall appear pro se or appoint another attorney by a written substitution of attorney signed by the party and the attorney.

Dated: May 30, 2012          THOMAS E. FRANKOVICH, ESQ.,

**A PROFESSIONAL LAW CORPORATION**

By: ____/s/Thomas E. Frankovich_____
        Thomas E. Frankovich
Attorney for Plaintiff BYRON CHAPMAN, *In Pro Per*

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR ALLOWING SUBSTITUTION OF ATTORNEY                                                                  CASE NO. CV-12-2004-JFW (VBKx)