**EXHIBIT D**

RECD JAN 25 2008

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:  415/674-8600
   Facsimile:  415/674-9900
5
   Attorneys for Plaintiff JAREK MOLSKI

FILED
SUPERIOR COURT of CALIFORNIA
COUNTY OF SANTA BARBARA

JAN 22 2008

GARY M. BLAIR, Executive Officer
BY: A. Wordley
A. WORDLEY, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR SANTA BARBARA COUNTY

| | |
|---|---|
| JAREK MOLSKI an individual, | CASE NO. 1172370 |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| MANDARIN TOUCH RESTAURANT; EVERGREEN DYNASTY CORP., a California corporation; BRIAN MCINERNEY and KATHY S. MCINERNEY, as joint tenants, and DOES 1-10, inclusive, | |
| Defendants. | |

The above-captioned matter came on for trial before a jury on December 4, 2007, with all testimony and evidence being concluded on December 10, 2007. On December 11, 2007, the jury returned a verdict in favor of the plaintiff, Jarek Molski, finding as follows:

1. Plaintiff Jarek Molski is a person with a disability.

2. Defendant Evergreen Dynasty Corporation owns and/or operates the Mandarin Touch Restaurant, a place of public accommodation.

3. Defendant Evergreen Dynasty Corporation discriminated against plaintiff Jarek Molski by failing to remove architectural barriers to access at the Mandarin Touch Restaurant when removal of some or all of those barriers was readily achievable.

[~~PROPOSED~~] JUDGMENT

00269

4. Defendant Evergreen Dynasty Corporation did not intentionally maintain the Mandarin Touch Restaurant in an inaccessible condition on and before plaintiff Jarek Molski's first visit to the restaurant on January 25, 2003.

5. Defendant Evergreen Dynasty Corporation did intentionally maintain the Mandarin Touch Restaurant in an inaccessible condition on and before plaintiff Jarek Molski's second visit to the restaurant on January 28, 2005.

6. Based on the statutory damage provisions set-forth in California Civil Code §§ 52 and 54.3, plaintiff Jarek Molski was entitled to damages in the amount of $5,000.

Therefore, in accordance with the jury's verdict and findings, judgment is hereby entered in favor of plaintiff Jarek Molski, with the defendant Evergreen Dynasty Corporation to pay damages in the amount of $5,000.

Dated: 1/18, 2007

Timothy J. Staffel

_____
Timothy J. Staffel
SUPERIOR COURT JUDGE

[~~PROPOSED~~] JUDGMENT

00270    2

## CERTIFICATE OR PROOF OF SERVICE

State of California        )
                           ) ss
County of San Francisco    )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**NOTICE OF JUDGMENT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
　　☒ in first class U.S. Mail
　　☐ in overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Robert H. Appert　　　　　　　　　　　Alan H. Boon
Attorney at Law　　　　　　　　　　　　Berger Kahn
1208 S. San Gabriel Blvd.　　　　　　　2 Park Plaza, Suite 650
San Gabriel, CA 91776　　　　　　　　　P.O. Box 19694
Fax (626) 285-9870　　　　　　　　　　 Irvine, CA 92623-9694
　　　　　　　　　　　　　　　　　　　Fax (949) 474-7265

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on January 30, 2008, at San Francisco, California.

*/s/ Armetrice Cooper*
Armetrice Cooper
(Original signed)

00271