**ATTACHMENT**

Name and address
BYRON CHAPMAN, IN PRO PER
1010 Monique Way
Dixon, CA 95620
Tel: (707) 678-2323

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Byron Chapman, an individual

Plaintiff(s)

v.

J&W Hotel, Inc., et al.

Defendant(s).

CASE NUMBER

CV-12-2004-JFW (VBKx)

REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

Byron Chapman ☑ Plaintiff ☐ Defendant ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of Thomas E. Frankovich
_New Attorney_

as attorney of record in place and stead of Byron Chapman, In Pro Per
_Present Attorney_

Dated 4-20-12

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 4-20-12

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 5/30/12

_Signature of New Attorney_

#074414
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY