UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-2004-JFW (VBKx)**                                        Date:  June 4, 2012

Title:   Byron Chapman -v- J&W Hotel, Inc.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                          None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

    As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of May 2, 2012, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for June 11, 2012, is **VACATED**.  See Fed. R. Civ. P. 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-88 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.